**Order filed, December 18, 2014.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00526-CV

———————

**SUSANA I. VILLALPANDO, Appellant**

**V.**

**ARMANDO VILLALPANDO, Appellee**

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30887**

## ORDER

The reporter's record in this case was due **October 06, 2014**. *See* Tex. R. App. P. 35.1. On **October 08, 2014**, this court granted the court reporters motion for extension of time to file the record until **November 05, 2014**. On **November 12, 2014**, this court granted the court reporter's second motion for extension of time to file the record until **December 11, 2014**. The record has not been filed with

the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Eunice Tillman**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.  **No further extension will be entertained.**  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Eunice Tillman** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM